UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Manuel Perez Perez,

Petitioner,

v.

Kenneth Hoover, Warden, *et al.*,

Respondents.

Case No. 4:26-cv-1101

ORDER AND
JUDGMENT ENTRY

Before me is the June 16, 2026 Report and Recommendation of Magistrate Judge Amanda M. Knapp, recommending I deny *pro se* Petitioner Manuel Perez Perez's petition for a writ of habeas corpus under 28 U.S.C. § 2241 because Petitioner no longer is in the custody of United States Immigration and Customs Enforcement and, therefore, his requests for relief are moot. (Doc. No. 11).

Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949 (6th Cir. 1981). The deadline to file objections was June 30, 2026. The petitioner has not filed any objections and that deadline has passed.

The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813, 815 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d at 950; *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("[O]nly those

specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following my review of the Magistrate Judge's Report and Recommendation, I accept Judge Knapp's recommendation and dismiss the petition as moot. Further, I deny as moot Petitioner's emergency motions for appointment of counsel and a temporary restraining order. (Doc. Nos. 2 and 3). Finally, I certify there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge